PROB12C
(12/02)

# United States District Court
**for**
## The District of Rhode Island

## Petition for Summons for Offender Under Supervision

**Name of Offender:** Bernard Jugler **Case Number**: 1:99-CR-048-01

**Name of Sentencing Judicial Officer:** Honorable Ronald R. Lagueux

**Date of Original Sentence:** September 2, 1999

**Original Offense:** Count 1: Sexual Exploitation of Children, 18, U.S.C. 2251(a) & 2, A Class C Felony.

**Original Sentence:** Count 1: Eighty-four months imprisonment, three years supervised release with special conditions for sex offender treatment and sex offender registration.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** June 30, 2006

**Assistant U.S. Attorney:** Stephanie S. Browne **Defense Attorney:** Albert B. West

---

### PETITIONING THE COURT

☒ To issue a **Summons**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Condition Violated | Nature of Noncompliance |
|---|---|
| **Standard Condition** | **While on supervision, the defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance.**<br><br>On September 1, 2006, the defendant committed the offense of Willful Trespass as evidenced by his arrest by the Providence Police Department and subsequent conviction in Sixth Division District Court. |

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Summons so that the defendant can appear and answer to the alleged violations.

Reviewed and Approved by:

Maureen Bradley
Supervising U.S. Probation Officer

Date: 09/14/06

I declare under the penalty of perjury that the foregoing is true and correct:

Brian Pletcher
Senior U.S. Probation Officer

Date: 9/14/06

## The Court Orders

- ☐ No Action
- ☐ The Issuance of a Warrant
- ☑ The Issuance of a Summons
- ☐ Other

Honorable Ronald R. Lagueux
Senior U.S. District Judge

9/19/06
Date