# United States District Court
## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

BERNARD JUGLER

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 99-48L

RECEIVED
SEP 20 2006
US MARSHALS
RHODE ISLAND

(Name and Address of Defendant)
BERNARD JUGLER
Urban Men's Shelter
208 Prairie Ave, Providence, RI

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Courtroom B |
| Before: David L. Martin, United States Magistrate Judge | Date and Time<br>Tuesday, September 26, 2006 at 11:30 am |

To answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☒ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 353(d)

Brief description of offense:
Violation of Supervised Release

Signature of Issuing Officer

September 20, 2006
Date

Martha Saucier, Deputy Clerk
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

| Service was made by me on: | Date 9/22/06 1:50 PM |
|---|---|

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: HILCO, ~~1650~~ 1680 CRANSTON ST, CRANSTON, RI (EMPLOYER)

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 9/22/06
Date

BYRON STALLWOOD
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2006 SEP 28 A 9:24
FILED